| Fill in this information to identify your case: |
| --- |
| United States Bankruptcy Court for the: |
| ME-ALL |
| Case number *(if known)* _____  Chapter __11__ |

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy      4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
| --- | --- | --- |
| 1. | Debtor's name | **Sure Winner Foods** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **01-0362218** |
| 4. | Debtor's address | **Principal place of business**<br><br>**2 Lehner Road**<br>**Saco, ME 04072**<br>Number, Street, City, State & ZIP Code<br><br>**York**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**42 Lund Road Saco, ME 04072**<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **http://swfoods.com** |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

| Debtor | **Sure Winner Foods** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
      4244

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☒ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | District _____ | When _____ | Case number _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor _____ | | Relationship _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number, if known _____ |

| Debtor | Sure Winner Foods | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **Sure Winner Foods**
      Name

Case number (*if known*) _____

---

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    05   03   2019
            MM / DD / YYYY

X _____
Signature of authorized representative of debtor

**Keith S. Benoit**
Printed name

Title   **CEO and Principal**

---

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date   05/05/2019
       MM / DD / YYYY

**Robert J. Keach**
Printed name

**Bernstein Shur Sawyer & Nelson**
Firm name

**100 Middle Street**
**PO Box 9729**
**Portland, ME 04104-5029**
Number, Street, City, State & ZIP Code

Contact phone   **(207) 774-1200**     Email address   **rkeach@bernsteinshur.com**

**2289 ME**
Bar number and State

---

# SURE WINNER FOODS

## Action Taken By Written Consent of the Board of Directors Without Meeting

Pursuant to 13-C M.R.S.A. Section 822, the undersigned, being all of the directors of the above-named corporation (the "Corporation"), hereby consent to the taking of and hereby take the following actions without holding a meeting, such actions being stated in the form of and to be as fully effective as if taken by resolution of the directors of the Corporation at a meeting thereof duly called and held on the date hereof:

**RESOLVED:** That in the judgment of the undersigned Directors of the Corporation it is desirable and in the best interests of the Corporation, its creditors, members, and other interested parties that petitions be filed by the Corporation seeking relief under the provisions of Chapter 11 of Title 11, United States Code (the "Code"); and further,

**RESOLVED:** That the Corporation be and hereby is authorized and empowered to execute and verify or certify petitions under Chapter 11 of the Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Maine or any other appropriate bankruptcy court (the "Bankruptcy Court") at such time as the Corporation shall determine; and further,

**RESOLVED:** That Keith Benoit, Chief Executive Office of the Corporation (the "CEO") be and hereby is authorized on behalf of, and in the name of, the Corporation to execute and file any and all petitions, schedules, motions, lists, applications, pleadings and other papers, to take any and all such other and further actions which the Corporation or its legal counsel may deem necessary or appropriate to file the voluntary petitions for relief under Chapter 11, and to take and perform any and all further acts and deeds which they deem necessary, proper and desirable in connection with the Chapter 11 cases, with a view to the successful prosecution of such cases, including, without limitation, seeking authority to borrow under a pre or post-petition credit facility, to grant liens and other security therefor, and to file and prosecute a plan of reorganization; and further,

**RESOLVED:** That the CEO and/or any officer of the Corporation be and are hereby authorized and directed to take such actions and to make, sign, execute, acknowledge and deliver (and record in a relevant office of the county clerk, if necessary) any and all such documents listed above (including exhibits thereto), including any and all affidavits, orders, directions, certificates, requests, receipts, financing statements or other instruments as may reasonably be required to give effect to these resolutions, and to execute and deliver such agreements (including exhibits thereto) and related documents, and to fully perform the terms and provisions thereof; and further,

1 of 3

**RESOLVED:**    That the Corporation be and hereby is authorized to retain the law firm of Bernstein, Shur, Sawyer & Nelson ("BSSN") as general bankruptcy counsel to the Corporation in connection with the Chapter 11 case if the Corporation determines that the filing of a voluntary petition for relief is proper, and to pay BSSN at its standard hourly rates in connection with its representation of the Corporation and to provide BSSN with a retainer in an amount to be agreed upon by BSSN and the Corporation, and to reimburse BSSN for any actual expenses incurred in connection with its employment by the Corporation; and further,

**RESOLVED:**    That the Corporation be and hereby is authorized to engage of the financial advisory firm of Spinglass Management Group ("Spinglass") as an advisor to the Corporation as the Corporation determines appropriate, and to authorize the CEO to confirm and engage Spinglass in connection with the reorganization of the Corporation.

**RESOLVED:**    That to the extent that any of the actions authorized by any of the foregoing resolutions have been taken by the Corporation, such actions are hereby ratified and confirmed in their entirety.

[Signatures on following page]

**RESOLVED:** That to the extent that any of the actions authorized by any of the foregoing resolutions have been taken by the Corporation, such actions are hereby ratified and confirmed in their entirety.

[Signatures on following page]



Mark R. Irving, Director

Date: 5-4-19


Keith S. Benoit, Director

Date:


David N. Felch, Director

Date:

3 of 3

_____        Date: _____
Mark R. Irving, Director

_____        Date: _____
Keith S. Benoit, Director

_____        Date: _____
David N. Felch, Director

Mark R. Irving, Director  Date: _____

Keith S. Benoit, Director  Date: _____

David N. Felch, Director  Date: 5-3-19

**Fill in this information to identify the case:**

Debtor name  **Sure Winner Foods**

United States Bankruptcy Court for the:   ME-ALL

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

> **Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*
☐  *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
☐  *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*
☐  *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*
☐  *Schedule H: Codebtors (Official Form 206H)*
☐  *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*
☐  *Amended Schedule*
■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
☐  Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   5-3-2019            X _____
                                    Signature of individual signing on behalf of debtor

                                    **Keith S. Benoit**
                                    Printed name

                                    **CEO and Principal**
                                    Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name: **Sure Winner Foods**

United States Bankruptcy Court for the: **ME-ALL**

Case number (if known): _____

☐ Check if this is an
amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Nestle DSD Bank Of America 3852 Collections Center Drive Chicago, IL 60693 | Fax: 510-450-4592 | Trade Debt | Disputed | | | $5,792,312.90 |
| Good Humor/Breyers Ice Cream 24596 Network Place Chicago, IL 60673 | | Trade Debt | | | | $1,589,300.62 |
| Schwan's Consumer Brands, Inc. 8500 Normandale Lake Boulevard Suite 2000 Minneapolis, MN 55437 | | Trade Debt | | | | $548,505.30 |
| HP Hood LLC P.O. Box 4064 Attn: Julie Superak Boston, MA 02211 | Fax: 617-887-8333 | Trade Debt | | | | $406,927.04 |
| Friendlys Ice Cream C/O Dean Illinois Dairies, LLC 23682 Network Place Chicago, IL 60673 | Fax 847-233-5515 | Trade Debt | | | | $302,116.99 |
| East Coast Ice Cream Box 60498 Charlotte, NC 28260 | | Trade Debt | | | | $113,796.68 |
| Giffords Ice Cream 25 Hathaway Street Skowhegan, ME 04976 | info@giffordsicecream.com | Trade Debt | | | | $99,214.43 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                             Best Case Bankruptcy

Debtor  **Sure Winner Foods**                                              Case number *(if known)*
_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Wells Enterprises, Inc. #774080 4080 Solutions Center Chicago, IL 60677 | bjknutson@bluebunny.com | Trade Debt | | | | $58,133.99 |
| Eden Creamery LLC Dba Halo Top Creamery P.O. Box 101910 Pasadena, CA 91189 | | Trade Debt | | | | $51,876.00 |
| Against The Grain Gourmet 22 Browne Court , #11 Brattleboro, VT 05301 | Fax: 802-258-3838 | Trade Debt | | | | $49,480.56 |
| Crown Equipment Corp P.O. Box 641173 Cincinnati, OH 45264 | Fax: 419-629-9270 | Trade Debt | | | | $46,115.65 |
| Bibby Intl Trade Finance, Inc For : Half Baked LLC P.O. Box 742890 Atlanta, GA 30374 | info@bibbyusa.com | Trade Debt | | | | $46,054.84 |
| Celebration Foods/Rich Products Corp. P.O. Box 8500 Lockbox #1027 Philadelphia, PA 19178 | | Trade Debt | | | | $44,746.96 |
| Lindys Homemade LLC 1341 E Morehead Ste 102 Charlotte, NC 28204 | Fax: 704-391-9016 | Trade Debt | | | | $29,160.00 |
| House of Flavors Inc Lockbox #773614 3614 Solutions Center Chicago, IL 60677 | Fax: 231-845-7371 | Trade Debt | | | | $29,156.20 |
| Oregon Ice Cream/Aldens 4600 NW Camas Meadow Drive Ste 100 Camas, WA 98607 | nathan.ngai@oregonicecream.com | Trade Debt | | | | $19,090.46 |

Debtor __Sure Winner Foods_____     Case number *(if known)* _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services. | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Serendipity Brands 200 Crossways Park Woodbury, NY 11797 | | Trade Debt | | | | $11,428.80 |
| Thompson & Johnson Equip't Co 6926 Fly Road E. Syracuse, NY 13057 | Fax: 315-437-5034 | Trade Debt | | | | $8,952.97 |
| Phillys Famous Water Ice, Inc Po Box 936192 Atlanta, GA 31193 | phillysfamouswaterice@gmail.com | Trade Debt | | | | $7,070.00 |
| Optical Phusion Inc. 305 Foster St. Suite 102 Littleton, MA 01460 | Fax: 866-539-6900 | Trade Debt | | | | $5,276.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

# United States Bankruptcy Court
## ME-ALL

In re **Sure Winner Foods**

Debtor(s)

Case No. _____

Chapter   **11**   _____

## CERTIFICATION OF CREDITOR MATRIX

I hereby certify that the attached matrix, consisting of __53__ pages, includes the names and addresses of all creditors listed on the debtor's schedules.

Date: _____5/6/19_____

_____
Signature of Attorney
Robert J. Keach
**Bernstein Shur Sawyer & Nelson**
**100 Middle Street**
**PO Box 9729**
**Portland, ME 04104-5029**
**(207) 774-1200   Fax: (207) 774-1127**

Acadia Insurance Company
One Acadia Commons
P.O. Box 9010
Westbrook, ME 04098


Adam Leturgey
51 Reed St.
Lockport, NY 14094


Adam Mook
363 Vine St
Milton, PA 17847


Adam Rinker
650 Lantern Ct
Red Lion, PA 17356


Adam Sacca
6715 Liebler Rd.
Unit B
Boston, NY 14025


Adam Switzer
48 Bending Creek Rd
Apt. 4
Rochester, NY 14624


ADP, LLC.
P.O. Box 842875
Boston, MA 02284


Adrienne Olcott
24 Jarvis Dr
Manlius, NY 13104


Against The Grain Gourmet
22 Browne Court , #11
Brattleboro, VT 05301

Aime Bellavance & Sons, Inc.
P.O. Box 398
5 South Vine St.
Barre, VT 05641


Alex Cole
123 N Grant St
Shamokin, PA 17872


Alex Savage
25 Bradley Street
Saco, ME 04072


Alexander Coffey
390 Butternut Trail
Wells, ME 04090


Alexander DeRoche
122 Range E Rd
Limerick, ME 04048


Ambrose Advisors
500 Newport Center Dr.
Suite 850
Newport Beach, CA 92660-7017


American Food & Vending
124 Metropolitan Park Dr.
Syracuse, NY 13088


AmeriCold Logistics,  LLC
Attn: Chief Financial Officer
10 Glenlake Parkway
South Tower, Suite 800
Atlanta, GA 30328


AmeriCold Logistics, LLC
26726 Network Place
Chicago, WI 60673

Ameritas Life Insurance Corp
P.O. Box 86881
Lincoln, NE 68501


Amy G. Fitzpatrick
103 Pinehurst Ave.
Keene, NH 03431


Amys Kitchen
P.O. Box 4759
Petaluma, CA 94955


Andrew Madigan
88 Hemlock Dr
Hanover, PA 17331


Andrew Sibley
238 Charles Ave
Apt 1
Syracuse, NY 13209


Angy's Landolfi Food Group, LLC
77 Servistar Industrial Way
Westfield, MA 01085


Anthem Blue Cross Blue Shield Of Maine
P.O. Box 1168
Newark, NJ 07101


Anthem Dental
P.O. Box 202837
Dept 083726
Dallas, TX 75320


Anthem Life
Dept L-8111
Columbus, OH 43268

Anthony Asaro
22 Grove Street
Apt 4
Baldwinsville, NY 13027


Anthony D. Peters
59 East Cherbourg Dr
Cheektowaga, NY 14227


Anthony Spinelli
18 Hillman Street
Wilkes Barre, PA 18705


Arbon Equipment Corp.
Customer 220238
25464 Network Place
Chicago, IL 60673


At&T Mobility
National Business Services
P.O. Box 9004
Carol Stream, IL 60197


B&B Extreme Commercial
Specialists
355 North Pendergast Road
Phoenix, NY 13135


B&B Truck Repair
5 Hemlock Dr.
Saco, ME 04072


Bailey Dawson
130 Pennsylvania Ave
Lockport, NY 14094

Barry A. Kelly
192 Depot Road
Unit 3
Belgrade, ME 04917


Battery Power Systems, Inc.
P.O. Box 189
E. Syracuse, NY 13057


Beacon Auto Glass
140 Monadnock Highway
East Swanzey, NH 03446


Beau Savage
25 Bradley Street
Saco, ME 04072


Benjamin Purdy
91 Broad St
#3E
Waterford, NY 12188


Bennett Law Firm, P.A.
121 Middle Street, Ste. 300
Portland, ME 04101


Best Western
Clearfield Inn
14424 Clearfield Shawville Hwy
Clearfield, PA 16830


Best Western
Inn & Conference Center
82 North Park Place
Dubois, PA 15801


Best Western University
3051 West State Street
Olean, NY 14760

Beth Baker
41 St. Joan Lane
Cheektowaga, NY 14227


Beyond Better Foods
P.O. Box 785325
Philadelphia, PA 19178


Bibby Intl Trade Finance, Inc
For : Half Baked LLC
P.O. Box 742890
Atlanta, GA 30374


Big Papous Kitchen, LLC
28 Stroudwater Street
Westbrook, ME 04092


Blue Seal Janitorial Service
P.O. Box 404
Brewerton, NY 13029


Bradley Gardner
919 Main Street
Clifton Park, NY 12065


Bradley Turgeon
38 Rosewood Drive
Saco, ME 04072


Brady Vigario
133 Stagecoach Dr
Newport, VT 05855


Brandon Andrews
1502 Old Farm Ln
York, PA 17403

Brandon Robb
116 Stonebrook Dr.
Palmyra, PA 17078


Brendan Enwright
53 Eel St
Boscawen, NH 03303


Brendan Rogers
146 W Grand Ave
#64
Old Orchard Beach, ME 04064


Brennan Leahey
114 Windsor Dr
North Syracuse, NY 13212


Brent Johnson
132 Toad Hill Rd
Sugar Hill, NH 03586


Brett Benner
494 Ossippee Trail
Gorham, ME 04038


Brian Dewitt
73 Hillview Ave.
Saco, ME 04072


Brian Hemingway
36 W Chops Pt Rd
Bath, ME 04530


Bruce Sowers
1916 Wilderness Rd
Lancaster, PA 17603

Bryan Keith
171 NY-146
Altamont, NY 12009


Bud Fralick
763 Cherry Valley Hill Road
Maine, NY 13802


Budget Document Technology
Automated Mailing Solutions
P.O. Box 2322
Lewiston, ME 04241


Budget Document Technology
P.O. Box 660831
Dallas, TX 75266


Budget Document Technology
P.O. Box 609
Cedar Rapids, IA 52406


Bugsy's Pest Control
P.O. Box 10424
Portland, ME 04104


Caleb Drouin
29 Moody Street
Saco, ME 04072


Cameren Sonner
15 Bridge Street
Apt # 1
Sydney, NY 13838


Cameron Brochu
6 Jana Lane
Scarborough, ME 04074

Cameron McClure
108 Center St
Little Valley, NY 14755


Candi Coffin
49 Johnson Hill Rd
Poland, ME 04274


Cantara Commercial Collision
2 Alewive Park Road
Kennebunk, ME 04043


Cape Cod Cafe Foods, Inc.
989 Main Street
Brockton, MA 02301


Carl Fitzwater
63 Clinton Avenue
Cortland, NY 13045


Carla's Pasta Inc.
50 Talbot Lane
South Windsor, CT 06074


Casella Recycling
P.O. Box 1364
Williston, VT 05495


Cathy Geffers
99 South Street
Gorham, ME 04038


Cathy Zoll
32425 NYS Rt. 12
Depauville, NY 13632

Caulipower
P.O. Box 75416
Chicago, IL 75416


Celebration Foods/Rich Products Corp.
P.O. Box 8500
Lockbox #1027
Philadelphia, PA 19178


Central Maine Power Co.
P.O. Box 847810
Boston, MA 02284


Chad Beck
415 Terrace Lane
Montoursville, PA 17754


Charles C. Litwin
98 Country Club Rd N
Northampton, PA 18067


Charles L. Wildes Jr.
127 Keswick Road
South Portland, ME 04106-5336


Charles Piotrowski
1112 Clearvue Drive
Alden, NY 14004


Chester Coffey
251 Oak Woods Road
North Berwick, ME 03906


Chloe's Soft Serve Fruit Co.
37 W 17th Street
Suite 4w
New York, NY 10011

Chris Wadleigh
37 Towle Ave
Hampton, NH 03842


Christian Reed
11 Holmes Dr
Manchester, NH 03104


Christina Northcutt
27 Quimby St
Apt. 102
Biddeford, ME 04005


Christopher Coates
180 Kestrel Lane
Boalsburg, PA 16827


Christopher Donohue
136 Bower Rd
Poughkeepsie, NY 12603


Christopher Koczacik
1071 Genesee Park Blvd
Rochester, NY 14619


Ciao Bella Gelato Co. Inc.
P.O. Box 781938
Philadelphia, PA 19978


Cintas Corporation Loc. 121
P.O. Box 630803
Cincinnati, OH 45263


City Of Saco
300 Main Street
Saco, ME 04072

Clean-O-Rama
P.O. Box 400
Gorham, ME 04038


Coastal Telephone
P.O. Box 348
Old Orchard Beach, ME 04064


Colin Frey
242 Brunswick Avenue
Gardiner, ME 04345


Colony Hardware Corp
P.O. Box 21216
New York, NY 10087


Comfort Inn & Suites
411 Route 3
Plattsburgh, NY 12901


Connie Stevens
55 River Street
#3
Hoosick Falls, NY 12090


Coty McGahey
42 Mckenney Rd
Saco, ME 04072


Cross Benefit Solutions
P.O. Box 469
Augusta, ME 04332


Crown Credit Company
P.O. Box 640352
Cincinnati, OH 45264

Crown Equipment Corporation
P.O. Box 641173
Cincinnati, OH 45264


Crown Equipment Corporation
44 S. Washington Street
New Bremen, OH 45869


Crystal Lee Poole
205 Gray Road
Gorham, ME 04038


Cunningham Security
10 Princes Point Rd.
Yarmouth, ME 04072


Dale J. Giali
Mayer Brown LLP
350 South Grand Avenue
25th Floor
Los Angeles, CA 90071


Daniel Crawley
11 Bath Township Road
East Nassau, NY 12062


Daniel Goehring
4971 Old Sterrettania Rd.
Erie, PA 16506


Daniel Hair
6112 Cobblestone Drive
Apt C3
Cicero, NY 13039


Darryl Monteith
126 Levenseller Rd
Holden, ME 04429

David C. Boutin
P.O. Box 1772
Rockland, ME 04841


David Cole
2525 Birney Ave.
Scranton, PA 18505


David Jones
302 Short St.
Pen Argyl, PA 18072


David Ste. Marie
21 Village Green Dr
Saco, ME 04072


Deal Trading, Ltd.
P.O. Box 315
Radio City Station
New York, NY 10101


Deborah A. Shaver
87 Ridge Ave.
Ephrata, PA 17522


Dept 51-7818256462
Staples Credit Plan
P.O. Box 78004
Phoenix, AZ 85062


Diane Deloach
130 Osborne St.
Auburn, NY 13021


Dist & Suppliers Group
c/o Bangor Savings Bank
P.O. Box 656
Bangor, ME 04402

Don Cramer
1277 River Road
Lindley, NY 14858


Donald Evans
9193 E Mud Lake Rd
Baldwinsville, NY 13027


Donavon Harris
25 Salisbury Square
Apt. 1
Randolph, VT 05060


Dot Foods
#774529
4529 Solutions Center
Chicago, IL 60677


Doug Ade
2843 4 Mile Dr
Montoursville, PA 17754


Douglas Bort
8617 Woodsboro Drive
Baldwinsville, NY 13027


Douglas F. Barrett
522 Mapledale Road
Bridgewater, NY 13313


Dr. Oetker Usa
10000 Midlantic Drive
Suite 107w
Mount Laurel, NJ 08054


Drivers Leasing, Inc.
P.O. Box 197
Fairview Village, PA 19409

Dsd Partners
P.O. Box 1299
Midlothian, VA 23113


Dufour Tax Group LLC
215 Commercial Street
3rd Floor
Portland, ME 04101


Dupuis Hardware & Locksmith
2 Spruce Street
Biddeford, ME 04005


East Coast Ice Cream
Box 60498
Charlotte, NC 28260


Eden Creamery LLC
Dba Halo Top Creamery
P.O. Box 101910
Pasadena, CA 91189


Edward Smith
114 E Clinton St.
Johnstown, NY 12095


Eliazar Diaz
654 Daniels Rd
Nazareth, PA 18064


Elizabeth Anderson
535 Spring St
Westbrook, ME 04092


Elizabeth O'Leary-Brooks
22 Crestwood Dr.
Westbrook, ME 04092

Eric R Maurer
838 Lincoln Ave
Northampton, PA 18067


Eric Sheedy
13169 Park St
Apt. 2
Alden, NY 14004


Eric Therrien
13 Summer St
Apt. 203
Biddeford, ME 04005


Ever Better Eating, Inc.
Dba Rustic Crust Co.
P.O. Box 56
Pittsfield, NH 03263


Fairfield Inn & Suites
102 Ballardvale Drive
White River Jct, VT 05001


Fieldbrook Foods Corp.
39384 Treasury Center
Chicago, IL 60694


Firefly, LLC
P.O. Box 492
Brunswick, ME 04011


First Light
P.O. Box 1301
Williston, VT 05495


Fleet Fueling
P.O. Box 6293
Carol Stream, IL 60197

Fleetscreen, Ltd.
2421 West 7th Street
Suite 350
Fort Worth, TX 76107


Frank Albanese
8750 Gaskin Rd
Clay, NY 13041


Fred's Coffee Company
112 Washington Street
Oakland, ME 04963


Friendlys Ice Cream
c/o Dean Illinois Dairies, LLC
23682 Network Place
Chicago, IL 60673


Gabriella M Winslow
P.O. Box 25
E Parsonsfield, ME 04028


Gelato Fiasco
2 Industry Road
Brunswick, ME 04011


Giffords Ice Cream
25 Hathaway Street
Skowhegan, ME 04976


Good Humor/Breyers Ice Cream
24596 Network Place
Chicago, IL 60673


Greenway Marketing & Packaging
P.O. Box 700
Sunapee, NH 03782

Gregory Capsello
6290 Wrights Hotel Course
Cicero, NY 13039


Gregory Martin
4 Daisy Lane
Poughkeepsie, NY 12603


Gregory Nesbit
145 Gamlaw Rd
Champlain, NY 12919


Gregory Scholl
75 Old Mill Road
Shermansdale, PA 17090


Group Dynamic, Inc.
411 U.S. Route One
Falmouth, ME 04105


Hampton Inn
48 Industrial Park Road
Saco, ME 04072


Hannaford Bros. Co., LLC
Attn: Mike Emery
145 Pleasant Hill Road
Scarborough, ME 04074


Harmon's Floral
737 Congress Street
Portland, ME 04102


Harvey Lagrange
31 Brann Avenue
West Gardiner, ME 04345

Healthworks- Western New York LLP
P.O. Box 8000
Dept 425
Buffalo, NY 14267


Heath Swank
249 West Hill Road
Waverly, NY 14892


Heidi Zuber
Managing Counsel
Nestle / Nestle Dreyer's Ice Cream Co.
5929 College Avenue
Oakland, CA 94618


House of Flavors Inc
Lockbox #773614
3614 Solutions Center
Chicago, IL 60677


HP Hood LLC
P.O. Box 4064
Attn: Julie Superak
Boston, MA 02211


HYG Financial Services, Inc.
P.O. Box 14545
Des Moines, IA 50306


Ian Kilburn
553 S Commercial St, APT #402
Manchester, NH 03101


Ice Cold Brands, LLC
Dba Solero
600 Hwy 169 S.
St. Louis Park, MN 55426

IDS Engineering
1901 Nelson Miller Parkway
Louisville, KY 40223


Iix - Insurance Info Exchange
General Post Office
P.O. Box 27828
New York, NY 10087


Incredible Foods
75 Sprague Street
Boston, MA 02136


Internal Revenue Services
Attn: Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346


Interstate Fire Protection
P.O. Box 187
Gardiner, ME 04345


Isaiah Glavin
24 Hodgdon Road
Gorham, ME 04038


J & J Snack Foods Corp
Lockbox 9626
P.O. Box 8500
Philadelphia, PA 19178


J. Hannah Mechanical
P.O. Box 1578
Saco, ME 04072


J.C. Ehrlich
P.O. Box 13848
Reading, PA 19612

James Beaulieu
279 Huff Rd
Lyman, ME 04002


James D. Farley
104 Fort Edward Rd
Fort Edward, NY 12828


James Harris
128 W Pleasant St
L23
Manlius, NY 13104


James Hoy
524 Rochester Street
Fulton, NY 13069


James Mendelson
16891 County Rd 62
Watertown, NY 13601


James Popeck
419 Ballyhack Rd.
Port Crane, NY 13833


Jamey Faller
10 Bartlett Street
Apt 2
Saco, ME 04072


Jamie McLean
533 Stowell Dr
Apt 3
Rochester, NY 14616


Jane Frey
90 Rowe Avenue
Portland, ME 04102

Jared Zimmer
2130 Lincoln Way East
Chambersburg, PA 17202


Jason Aston
998-16 S Krocks Rd
Wescosville, PA 18106


Jason Brooks
66 Granite Street
Biddeford, ME 04005


Jason Bunn
161 North Fulton St.
Auburn, NY 13021


Jason Saunders
209 Saxton St
Lockport, NY 14094


Jason Zoll
32425 Nys Route 12
P.O. Box 108
Depauville, NY 13632


Jeffrey Dorais
71 May St.
Biddeford, ME 04005


Jeffrey Fitzpatrick
103 Pinehurst Ave.
Keene, NH 03431


Jeffrey Uhl
2802 Route 219
Brockway, PA 15824

Jeffrey Veldhuis
388 Truax Rd.
Amsterdam, NY 12010


Jenifer Gustafson-Seamens
12350 Jackson Run Rd
Sugar Grove, PA 16350


Jennifer M. Sabol
122 Honeysuckle Dr.
Boalsburg, PA 16827


Jeremy Wiedemann
119 Windfall Road
Eldred, PA 16731


Jodi Lea Strid
656 Middle Rd
Waterboro, ME 04087


John Haynes
1506 Winner Road
Williamsport, PA 17701


John Poulson
375 Sunset Road
Orrtanna, PA 17353


John Smith
737 Columbia Turnpike
D6
East Greenbush, NY 12061


John Wright
15 Balsam Rd
So Portland, ME 04106

Johnathan Kaetzel
39 Pulaski St
Buffalo, NY 14206


Jonathan Boyer
4262 Darling Hill Road
Newport, VT 05855


Jonathan Green
1236 Richville Rd
Standish, ME 04084


Jonathan Penley
36 Essex St
Sanford, ME 04073


Jonathan St. Don
392 Stone St.
Oneida, NY 13421


Jonathan Zolkosky
7807 Braniff Cir
Cicero, NY 13039


Jonathon Smith
213 Spruce St
Apt. B
Kingston, PA 18704


Joseph Fitzpatrick
38 Northwest St.
Charlestown, NH 03603


Joseph Rathbun
102 Camden Road
Syracuse, NY 13219

Joseph Wittman
40 Brook Ln
West Seneca, NY 14224


Joseph's Gourmet Pasta Co
262 Primrose Street
Haverhill, MA 01830


Joshua Barton
622 Deacon St
Scranton, PA 18509


Joshua Cumings
287 Cedar Ct
Baldwinsville, NY 13027


Joshua Dwyer
12474 NY-176
Cato, NY 13033


Joshua Ellis
30 Dracut Ave.
So Portland, ME 04106


Juliana Kimmel
632 Edwards Ave
Pottville City, PA 17901


Justin Hall
3860 Pintail Path
Liverpool, NY 13090


Justin T. Ejbisz
3816 Harvard St
Hamburg, NY 14075

Karl Wendt
3843 Oneida Street
New Hartford, NY 13413


Kayla Patterson
103 Susan Lane
Carlisle, PA 17013


Kemps, LLC
P.O. Box 219598
Kansas City, MO 64121


Kenneth G. Cole
15 Balsam Lane
Kennebunk, ME 04043


Kenneth R Rabideau
117 Cane Road
Saranac, NY 12981


Kenneth Wagner
P.O. Box 120
116 Forest Street
Auburn, PA 17922


Kevin J Kubecka
785 Fyler Rd Lot 117
Kirkville, NY 13082


Kevin Krissoff
77 Dole Dr.
Portland, ME 04103


Kevin Neubert
521 E Landis Street
Coopersburg, PA 18036

Kevin Racine, CRIS
Senior VP, Commercial Insurance
USI Insurance Services LLC
12 Gill Street, Suite 5500
Woburn, MA 01801


Kevin Wilkins
8332 Radian Path
Baldwinsville, NY 13027


KeyBank, National Association
Attn: Neil C. Buitenhuys
One Canal Plaza, 2nd Floor
Portland, ME 04101


Konica Minolta
21146 Network Place
Chicago, IL 60673


Kyle Farmer
72 Red Leaf Drive
Rochester, NY 14624


Kyle Schwenk
199 W Market St
Berrysburg, PA 17005


Lansa Inc.
6762 Eagle Wasy
Chicago, IL 60678


Leader Distribution Sytems
P.O. Box 8285
Brattleboro, VT 05304


Lee Smith
606 1/2 Second North Street
Syracuse, NY 13208

Leonard Kruszewicz
1145 West 35th St.
Erie, PA 16508


Liftech Equipment Companies
6847 Ellicott Drive
E Syracuse, NY 13057


Lindy's Homemade LLC
1341 E Morehead
Ste 102
Charlotte, NC 28204


Loren Starnes
338 County Rte 11
Lot 11
West Monroe, NY 13167


Luke Bailey
128 Keymar Drive
York, PA 17402


Lynn O'neal
15 Willow Avenue
Old Orchard Beach, ME 04064


Mackenzie Butler
82 county rt 55
Fulton, NY 13069


Magisterial District
No Mdj-23-3-01
321 North Furnace Street
Birdsboro, PA 19508


Maine Grocers Association
P.O. Box 5234
Augusta, ME 04332

Maine Motor Transport Assoc.
P.O. Box 857
Augusta, ME 04330


Maine Revenue Services
c/o Kevin J. Crosman, Esq.
Office of the Attorney General
6 State House Station
Augusta, ME 04333


Maine Water
93 Industrial Park Road
Saco, ME 04072


Marcum LLP
100 Commercial Street
Suite 3000
Portland, ME 04101


Marcus Lancaster
11 Sneb Rd
Hollis, ME 04042


Marie Brennan
Atlas Insurance Management
Whitehall House, 3rdFl. 238 N. Church St
P.O. Box 699 Grand Cayman
KY1-1107 Cayman Islands


Marion Stone
155 Little Falls Rd
Hollis, ME 04042


Mark A Costine
1563 Main St
Berlin, NH 03570

Mark Delcourt
27 Rocklinn Drive
Windham, ME 04062


Mark Johnston
767 South High St.
Bridgton, ME 04009


Mark K. Googins, Esq.
Verrill Dana, LLP
One Portland Square, 9th Floor
Portland, ME 04101


Mark Lailer
6 Berry Road
Buxton, ME 04042


Mark McCartney
847 N Kearney St
Allentown, PA 18109


Mark Samolis
54 Walzer Road
Rochester, NY 14622


Mark Williams
19 S. Granby Road
Fulton, NY 13069


Mars Chocolate North America
P.O. Box 71209
Chicago, IL 60694


Mason Mank
15 Lois Ln
Waldoboro, ME 04572

Massachusetts Department of Revenue
100 Cambridge Street
Boston, MA 02114

Material Handling Sales
20 Downeast Drive
Yarmouth, ME 04096

Matthew Corser
3 Alfred Street
Middleport, NY 14105

Matthew Hanford
8354 Golden Larch Lane
Liverpool, NY 13090

Matthew Meckley
2661 Dunbarton Dr
Dover, PA 17315

Matthew Rancourt
70 Forest Hills Dr
Levant, ME 04456

Matthew Wilkinson
212 Draper Ave
Syracuse, NY 13219

Maureen M. Houghtaling
1301 Ruxton Road
York, PA 17403

Mcintosh Box & Pallet Co. Inc.
5864 Pyle Drive
E Syracuse, NY 13057

Melanie Voiles
1515 Luzerne St
Bethlehem, PA 18017


Michael Bacon
108 Jalappa Rd
Hamburg, PA 19526


Michael Caton
513 New County Rd
Dayton, ME 04005


Michael Decamillis
396 Main St
Beacon, NY 12508


Michael Dumont
37 Buttonwood Dr.
Berwick, ME 03901


Michael Fortunato
715 Main St
Duryea, PA 18642


Michael Grover
1 Sapphire Dr.
Biddeford, ME 04005


Michael Long
206 Franklin St
Apt. A
Elmira, NY 14904


Michael Oliveri
8260 Elaine Cir
Liverpool, NY 13090

Michael Ondreyko
86 Adams Ave.
Johnson City, NY 13790


Michael Pagliuca
17 Tyler Lane
Berwick, ME 03901


Michael R. Herlowski
135 County Route 23
Lot # 28
Constantia, NY 13044


Michael Scruggs
225 Broad St
Auburn, ME 04210


Michael Steve
314 Countrywood Drive
Hanover Township, PA 18706


Michael Todaro
110 Long Rd.
Palmyra, PA 17078


Michael Young
6456 Orange Street
East Petersburg, PA 17520


Modern Material Handling Co.
2 Commercial Drive
P.O. Box 5658
Greenville, SC 29606


MRK Leasing, Ltd.
619 Linda Street
Rocky River, OH 44116

Mullen Industrial Handling
6245 Fly Road
P.O. Box 13057
East Syracuse, NY 13057


Nathan Goulet
10 Estates Circle
Laconia, NH 03246


Nathan Thibault
511 Hogback Road
Johnson, VT 05656


Natural Rocks Ice Co.
299 Harold L Dow Highway
Eliot, ME 03903


Nestle Dreyer's Ice Cream Company
Attn: Steve Kross, VP
5929 College Avenue
Oakland, CA 94618


Nestle Dryer's Ice Cream Company
5929 College Avenue
Oakland, CA 94618


New England Ice Cream Corp.
Dept 3530
P.O. Box 4110
Woburn, MA 01888


New Hampshire Department of Revenue
109 Pleasant Street
Concord, NH 03301


New Harrisburg Truck Body Co
408 Sheely Lane
Mechanicsburg, PA 17050

New York Dept. of Taxation & Finance
Bankruptcy Section
P.O. Box 5300
Albany, NY 12205-0300


New York State Estimated Income Tax
Processing Unit
P.O. Box 4136
Binghampton, NY 13902


Nicholas Harper
57 State Street
Apt. 2
Biddeford, ME 04005


Nicholas Ouellette
22 Jefferson St
Apt. 1L
Biddeford, ME 04005


Nicholas Rush
9 Aspen St
Bangor, ME 04401


Nicholas Singer
3010 Pine Ave
Apt 3
Altoona, PA 16601


Northeast Great Dane
P.O. Box 5847
Hillsborough, NJ 08844


Northside Collision
8025 Brewerton Road
Cicero, NY 13039

Northstar Disposal
89 Guion St.
Springfield, MA 01104


Northwestern Mutual Life
720 East Wisconsin Ave.
Milwaukee, WI 53202


Occupational Health Centers
P.O. Box 8750
Elkridge, MD 21075


Occupational Health Centers of the
 South West, P.A.
P.O. Box 20127
Cranston, RI 02920


Oggi Foods Inc.
8790 Rue Champ D'eau
Montreal, Quebec, H1P 2Y8
CANADA


Ohio Department of Taxation
4485 Northland Ridge Blvd.
Columbus, OH 43229


Ohio National Life Assurance
P.O. Box 641004
Cincinnati, OH 45264


Omnitracs, LLC
File No. 54210
Los Angeles, CA 90074


Optical Phusion Inc.
305 Foster St.
Suite 102
Littleton, MA 01460

```
Oregon Ice Cream/Aldens
4600 NW Camas Meadow Drive
Ste 100
Camas, WA 98607


Pablo Barcelo
31 Regina Drive
Rochester, NY 14606


Paetec
P.O. Box 9001013
Louisville, KY 40290


Palermo Villa Inc
P.O. Box 78805
Milwaukee, WI 53278


Past & Present Auto Repair
687 Alfred Road
Arundel, ME 04046


Patco Construction Co.
1293 Main St.
Sanford, ME 04073


Patrick Knapp
128 Eureka St
Syracuse, NY 13204


Patrick Tulley
267 Prim Road
Unit 2
Colchester, VT 05446


Patrick W Mangin
32 Davis Rd.
Buxton, ME 04093
```

Patrick Williamson
500 Stafford Ave
Syracuse, NY 13206


Patruno Electric
417 East Division Street
Syracuse, NY 13208


Paul Boyd
8438 Transit Ln
Baldwinsville, NY 13027


Pennsylvania Dept of Revenue
P.O. Box 280504
Harrisburg, PA 17128


Peter Bonti
74 Cat Mousam Rd
Kennebunk, ME 04043


Peter Deraps
85 Garland Rd
Winslow, ME 04901


Peter Nolette
192 Old Alfred Road
E Waterboro, ME 04030


Peter Petit Excavating, Inc.
61 Harding St
Biddeford, ME 04005


Phillys Famous Water Ice, Inc
P.O. Box 936192
Atlanta, GA 31193

Physical Therapy Plus
207 Pine Street
Syracuse, NY 13210


Pioneer Cold
149 Plainfield Street
Chicopee, MA 01013


Pod
Podco, LLC
1 Park Row, Suite 401
Providence, RI 02093


Preferred Freezer Services
Of Avon, LLC
55 Murphy Drive
Avon, MA 02322


Pulse
P.O. Box 8000
Dept 1326
Buffalo, NY 14240


Quality Inn
250 Odlin Road
Bangor, ME 04401


Ralph Green
1382 Penny Ln
Danville, VT 05828


Ralph Roberson
37 Vly Rd Apt. # 2
Colonie, NY 12205


Raymond Bourdon
27 Alden St
Massena, NY 13662

Rhode Island Division of Taxation
1 Capital Hill
Providence, RI 02908


Rich Products Corporation
Attn: Legal Department
One Robert Rich Way
Buffalo, NY 14213


Richard Nadler
23 Miracle Lane
Loudonville, NY 12211


Richard Ouellette
29 Pleasant St
Apt B
Saco, ME 04072


Richard Willey
176M Capitol Hill Dr
Londonderry, NH 03053


River Valley Foods
5881 Court Street Road
Syracuse, NY 13206


Robert Bolen
311 Royal Hunt Way
Lititz, PA 17543


Robert Mangham
177 Chaffee Ave.
Syracuse, NY 13206


Robert Smith
631 E North St
2nd Floor
Bethlehem, PA 18018

Roger Clement, Esq.
VerrillDana, LLP
One Portland Square, 9th Floor
Portland, ME 04101


Roman Gilchrist
309 Tennyson Ave
Syracuse, NY 13204


Royce Pelkey
300 Lang Road
Richmond, NH 03470


Runyon Kersteen Ouellette
20 Long Creek Drive
South Portland, ME 04106


Ryan Kratz
103 Farwood Dr
Baldwinsville, NY 13027


Ryan Owens
22 Bill's Way
Freeville, NY 13068


Ryder Transportation Svcs
P.O. Box 96723
Chicago, IL 60693


Samuel Sibley
815 Turtle St
Apt 2
Syracuse, NY 13208


Sara MacDonald
396 Wheatfield St
North Tonawanda, NY 14120

Schoeps Ice Cream
514 Division St.
P.O. Box 3249
Madison, WI 53704


Schwan's Consumer Brands, Inc.
8500 Normandale Lake Boulevard
Suite 2000
Minneapolis, MN 55437


Scott A. Parsons
1 Labonte West Ave
Saco, ME 04072


Scott F. Carver
25 Marc Dr
Sanford, ME 04073


Seabee Electric
84 Pleasant Hill Road
Scarborough, ME 04074


Sean Purdy
33 Andrew St
Unit 15
Manchester, NH 03104


Serendipity Brands
200 Crossways Park
Woodbury, NY 11797


Seth Tardiff
3023 Middle Rd
Sidney, ME 04330


Shawn Deprey
812 Blackstream Rd
Hermon, ME 04401

Shawn Keach
37 Old Country Way
Limerick, ME 04048


Shawn M. Maloney
6A Island View Rd.
Cohoes, NY 12047


Shawn Shin
471 Goodwin Rd.
Eliot, ME 03903


Shawn Sullivan
49 Johnson Hill Rd
Poland, ME 04274


Shea Schlander
559 Granite St
Manchester, NH 03102


Shiretown Motor Inn
282 North Road
Houlton, ME 04730


Simard & Sons, Inc.
3 Trident Drive
Lewiston, ME 04240


Sinco
P.O. Box 847817
Boston, MA 02284


Smart Source Of Boston LLC
P.O. Box 932124
Atlanta, GA 31193

Smithfield
P.O. Box 74008622
Chicago, IL 60674


SMMC / Work Well
P.O. Box 626
Biddeford, ME 04005


Software Concepts
3 Survey Circle
North Billerica, MA 01862


Sonia Kondikoff
132 Washington St.
Bath, PA 18014


South Carolina Department of Revenue
Estimated Tax
P.O. Box 100153
Columbia, SC 29202


South Carolina Department of Revenue
300 A Outlet Pointe Boulevard
Columbia, SC 29210


State Insurance Fund
Disability Benefits
P.O. Box 5239
New York, NY 10008


State Of New Hampshire
NH DRA
P.O. Box 1265
Concord, NH 03302


Stefanie Lenart
P.O. Box 196
Sheppton, PA 18248

Stephen Clarke
21 Chickadee Lane
Sebago, ME 04029


Stephen Dubois
208 Old Alfred Rd
Arundel, ME 04046


Stephen French
64 Webber Ave.
Lewiston, ME 04240


Stephen Rush
9 Court St.
Apt. 3
Houlton, ME 04730


Steve Kross
Vice President for Distribution
Nestle / Nestle Dreyer's Ice Cream Co.
2407 Davis Road
Hillsborough, NC 27278


Steven Brenkosh
52 Daleway Highway
Covington, PA 18444


Stevie Turner
8927 Century Farms Road
Felton, PA 17322


Stewart Coleman
6193 Palisades Drive
Cicero, NY 13039


Stonyfield Farm
10 Burton Drive
Londonderry, NH 03053

Sweet Scoops, Inc.
P.O. Box 748
Portsmouth, NH 03802


Systems Engineering
120 Exchange Street
Portland, ME 04101


T. Scott Kent
Chief Operating Officer
United Insurance
470 Forest Avenue
Portland, ME 04101


Tammy Ricci
897 Mammoth Rd
Apt. 5
Manchester, NH 03104


Tara Cataldi
19 Fuller St
Binghamton, NY 13901


TBD Brands
7 Beech Hill Road
Exeter, NH 03833


Terry Decker
696 NY-7
Lot 68
Unadilla, NY 13849


The Bennett Law Firm, Pa
121 Middle Street
Suite 300
Portland, ME 04101

The Hartford
P.O. Box 660916
Dallas, TX 75266


The Mochi Ice Cream Company
5563 Alcoa Avenue
Los Angeles, CA 90058


The Travelers Insurance Company
CL Remittance Center
P.O. Box 660317
Dallas, TX 75266


Theodore Dziadzio
30 South Main St.
Apt. 2
Watsontown, PA 17777


Thomas Carrier
86 Bacon St
Unit 101
Biddeford, ME 04005


Thomas Friedel
178 Van Anden St.
Auburn, NY 13021


Thomas Hayes
404 Pruner St
Osceola Mills, PA 16666


Thomas W. Moissinac
1721 Kingdom Road
Baldwinsville, NY 13027


Thompson & Johnson Equip't Co
6926 Fly Road
E. Syracuse, NY 13057

Time Warner Cable
P.O. Box 70872
Charlotte, NC 28272


Timothy Hicks
P.O. Box 129
Manchester, PA 17345-0129


Timothy Johnson
821 Salisbury Road
Syracuse, NY 13219


Timothy Kurtz
139 Lincoln Ave
Saint Albans, VT 05478


Timothy Paul
3 Northbrook Drive
Unit 302
Manchester, NH 03102


Todd Fenchel
10249 Slab City Rd
Jordan, NY 13080


Todd Hall
662 Suncook Valley Road
Alton, NH 03809


Todd McDowell
210 Henderson Lane
Weedsport, NY 13166


Todd Miranda
47 Aveonis Court
Fishkill, NY 12524

Todd Sampson
50 Welch Ave.
Bradford, PA 16701


Tracy Zahm
733 Park Avenue
Dunkirk, NY 14048


Transportation Repair Service
7314 Schuyler Road
East Syracuse, NY 13057


Treasurer, State Of Maine
Maine Revenue Services
P.O. Box 9101
Augusta, ME 04332


Tri Tank Corp.
115 Farrell Road
Syracuse, NY 13209


Truck Depot
32 San Remo Drive
S Burlington, VT 05403


Turkey Hill L.P.
Dba Turkey Hill Dairy
P.O. Box 827647
Philadelphia, PA 19182


Tyler Bissonnette
3 Chelsea Circle
Saco, ME 04072


Tylor Scott
964 Wadsworth St
Syracuse, NY 13208

U.S. Attorney's Office
100 Middle Street, East Tower
6th Floor
Portland, ME 04101


United Insurance
6 East Main Street
Fort Kent, ME 04743


United Parcel Service
P.O. Box 7247-0244
Philadelphia, PA 19170


United States Treasury
Internal Revenue Service
P.O. Box 931100
Louisville, KY 40293


Unitil Me
P.O. Box 981010
Boston, ME 02298


Unum Life Insurance Company
P.O. Box 406990
Atlanta, GA 30384


URS Real Estate, L.P.
10 Glenlake Parkway
Tower South, Suite 800
Atlanta, GA 30328


Verizon Wireless
P.O. Box 15062
Albany, NY 12212


Vermont Department Of Taxes
133 State Street
Montpelier, VT 05633

Victoria Porter
13 High Street
Harmony, ME 04942


Vincent J. Conte
7360 Shallow Creek Trail
Apt H
Victor, NY 14564


Vincent Rodriguez
77 Willow Street
Wilkes Barre, PA 18702


Virginia Wawrzyniak
4335 Harriet Ln
Bethlehem, PA 18017


Walpole Creamery, Ltd.
532 Main Street
P.O. Box 1013
Walpole, NH 03608


Waste Management
P.O. Box 13648
Philadelphia, PA 19101


WellNow Urgent Care
P.O. Box 10459
Albany, NY 12201


Wells Enterprises, Inc.
#774080
4080 Solutions Center
Chicago, IL 60677


William Clancy
114 Tarbox Lane
Buxton, ME 04093

William J Gilmore
211 Temple Avenue
Old Orchard Beach, ME 04064


Willow Run Foods
P.O. Box 1350
Binghamton, NY 13902


Windstream Communications
P.O. Box 9001013
Louisville, KY 40291-0130


Winter People
125 Us Route 1
Freeport, ME 04032


Yasso, Inc.
2 Heritage Dr. #501
Quincy, MA 02171


Zachary Hummer
11106 Ortner Rd
Darien Center, NY 14040


Zachary Reid
129 West Broad St.
Elizabethville, PA 17023


Zoie A. Leavitt
Account Manager
Cross Insurance TPA, Inc.
60 Pineland Drive, Suite 130
New Gloucester, ME 04260