**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

In re:

SURE WINNER FOODS,

Debtor.

Chapter 11
Case No. 19-20226

**AMENDED**
**NOTICE OF HEARING**

PLEASE TAKE NOTICE that the hearings (the "Hearings") to consider the following motions filed by Sure Winner Foods, the debtor and debtor-in-possession in the above-captioned chapter 11 case (the "Debtor"), by and through its proposed counsel, which were originally scheduled on **June 5, 2019 at 1:30 p.m.**, will now be held on **June 12, 2019 at 9:30 a.m.**:

1. Motion for Order Compelling Nestle Dreyer's Ice Cream Company to Appear for Rule 2004 Examination and to Produce Documents [D.E. 9];

2. Debtor's Motion for Authority to Assume Executory Contract With Nestle Dreyer's Ice Cream Company [D.E. 10];

3. Debtor's Motion for Authority to Assume Executory Contract With Schwan's Consumer Brands, Inc. [D.E. 13];

4. Debtor's Motion for Authority to Assume Executory Contract With Rich Products Corporation [D.E. 16];

5. Debtor's Motion for Entry of an Order Authorizing the Debtor to File Under Seal Unredacted Versions of Certain Filings That May Contain Confidential Information [D.E. 17];

6. Motion for Expedited Hearing and Approval of Shortened Objection Period With Respect to Certain of the Debtor's Motions [D.E. 27];

7. Debtor's Motion for Authority to Assume Executory Contracts With Ryder Truck Rental, Inc. [D.E. 74];

8. Debtor's Motion for Authority to Assume Executory Contract With Hannaford Bros. Co., LLC [D.E. 76]; and

9.  Debtor's Motion for Entry of an Order Authorizing the Debtor to File Under Seal Unredacted Versions of Certain Filings That May Contain Confidential Information [D.E. 78].

If you do not want the Court to approve the above referenced motions then on or before **June 10, 2019,** you or your attorney must file with the Court a response or objection explaining your position. If you are not able to access the CM/ECF Filing System, then your response should be served upon:

Alec Leddy, Clerk
United States Bankruptcy Court for the District of Maine
537 Congress Street, 2nd Floor
Portland, Maine 04101

- and –

Robert J. Keach, Esq.
Bernstein, Shur, Sawyer & Nelson, P.A.
100 Middle Street, P.O. Box 9729
Portland, Maine 04104

You may attend the hearings with respect to the motions scheduled to be held before the Honorable Judge Peter G. Cary, the United States Bankruptcy Court for the District of Maine (the "Court"), 537 Congress Street, 2nd Floor, Portland, Maine on **June 12, 2019 at 9:30 a.m.**

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you may wish to consult one.**

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motions, and may enter an order granting the requested relief without further notice or hearing.

Dated: May 28, 2019

**SURE WINNER FOODS,**

By its proposed attorneys:

*/s/ Robert J. Keach*
Robert J. Keach, Esq.
Lindsay Zahradka Milne, Esq.
Roma N. Desai, Esq.
Kaitlyn M. Husar, Esq.
BERNSTEIN, SHUR, SAWYER & NELSON
100 Middle St., PO Box 9729
Portland, Maine 04104-5029
Tel: (207) 774-1200

2